PLAINTIFF'S EXHIBITS

Plaintiff's Exhibit "A"     Plaintiff's Affidavit

Plaintiff's Exhibit "B"     Email to file sonic in attempt to find identity of identity thief.

Plaintiff's Exhibit "C"     Email to Money Bookers
in regard to money and identity theft  dated 2-9-12 and 2-10-12

Plaintiff's Exhibit "D"     Multi page email to Kansas Attorney General dated 2-11-13

Plaintiff's Exhibit "E"     Photograph of Yard Sign

Plaintiff's Exhibit "F"     Photograph of Defendants Dinkel, Mauch, Unrein and and Plaintiff

Plaintiff's Exhibit "G"     Kansas Attorney General Summary form containing Robert Bentham and Lisa Boyd's signatures attesting to truth of facts stated in 2-11-13 letter to the Kansas AG

Plaintiff's Exhibit "H"     Email from Plaintiff to Kansas AG's office dated 2-28-13

Plaintiff's Exhibit "I"     Email from Plaintiff to Kansas AG's office dated 3-11-13

Plaintiff's Exhibit "J"     Email from Plaintiff to Kansas AG's office dated 3-23-13

Plaintiff's Exhibit "K"     Blue flowers (blue flax) in Plaintiff's yard considered weeds by city

Plaintiff's Exhibit "L"     Page from Plaintiff's medical record from Hays Medical Center showing blood pressure issues and care received after DUI arrest

Plaintiff's Exhibit "M"     First Care Clinic Records of morning after DUI arrest showing Plaintiff complained of headache, vision issues, continuing pain, no meds provided by county per ER orders

Plaintiff's Exhibit "N"     Feb 11, 2016 Letter to Victoria Clerk making Claim required for Jurisdiction on State Court Claims – 10 pages (typo on letter dates it as Feb. 11, 2015)

Plaintiff's Exhibit "O"     June 7, 2016 Letter to clerk making same claim more concisely

Plaintiff's Exhibit "P"     Letter from City of Victoria to Plaintiff dated 5-29-14 Re: Weeds

Plaintiff's Exhibit "Q"     Letter from City of Victoria to Plaintiff dated 5-29-14 Re: Inoperable Vehicle

Plaintiff's Exhibit "R"     Copy of Victoria Weed ordinace provided to Plaintiff by Def. Dinkel in June, 2014

| | |
|---|---|
| Plaintiff's Exhibit "S" | Victoria Police Ticket , illegible date made by Defendant Mauch regarding inoperable vehicle a few days after 6-17-14 |
| Plaintiff's Exhibit "T" | Victoria Police Ticket dated 6-17-14 produced by Defendant Dinkel regarding weeds, yard issues |
| Plaintiff's Exhibit "U" | Page from Police Report 14-190. Accused/Suspect Information Section. This page of Police Report #14-190 and several other pages from the same report were not provided on CD from city defendants |
| Plaintiff's Exhibit "V" | Order from Plaintiff's District Court Drivers License case showing Defendant Victoria Police Department has no written procedures or policies |
| Plaintiff's Exhibit "W" | Not assigned |
| Plaintiff's Exhibit "X" | Not assigned |

### PLAINTIFF'S EXHIBITS  - POLICE REPORTS

The following exhibits were provided as PDF files from the City Defendant's Counsel.  They were sent to the clerk in the form received by plaintiff.  The documents can be identified by their Victoria Police Department Case Number which is on the face of each document provided as as PDF file to the clerk.

| | |
|---|---|
| Plaintiff's Exhibit "AA" | Victoria Police Report # V06-049 |
| Plaintiff's Exhibit "BB" | Victoria Police Report # V06-074 |
| Plaintiff's Exhibit "CC" | Victoria Police Report # V07-112 |
| Plaintiff's Exhibit "DD" | Victoria Police Report # V08-062 |
| Plaintiff's Exhibit "EE" | Victoria Police Report # V10-057 |
| Plaintiff's Exhibit "FF" | Victoria Police Report # V10-102 |
| Plaintiff's Exhibit "GG" | Victoria Police Report # V10-107 |
| Plaintiff's Exhibit "HH" | Victoria Police Report # 11-246 |
| Plaintiff's Exhibit "II" | Victoria Police Report # 11-251 |
| Plaintiff's Exhibit "JJ" | Victoria Police Report # 12-25 |
| Plaintiff's Exhibit "KK" | Victoria Police Report # 12-136 |
| Plaintiff's Exhibit "LL" | Victoria Police Report # 12-234 |

Plaintiff's Exhibit "MM"		Victoria Police Report # 12-235

Plaintiff's Exhibit "NN"		Victoria Police Report # 12-237

Plaintiff's Exhibit "OO"		Victoria Police Report # 12-242

Plaintiff's Exhibit "PP"		Victoria Police Report # 12-243

Plaintiff's Exhibit "QQ"		Victoria Police Report # 12-244

Plaintiff's Exhibit "RR"		Victoria Police Report # 13-144

Plaintiff's Exhibit "SS"		Victoria Police Report # 13-176

Plaintiff's Exhibit "TT		Victoria Police Report # 13-202

Plaintiff's Exhibit "UU"		Victoria Police Report # 13-227

Plaintiff's Exhibit "VV"		Victoria Police Report # 14-184

Plaintiff's Exhibit "WW"		Victoria Police Report # 14-190 page and box is left blank where Plaintiff's medical condition should have been noted.

Plaintiff's Exhibit "XX"		Victoria Police Report # 14-191

Plaintiff's Exhibit "YY"		Victoria Police Report # 14-198

Plaintiff's Exhibit "ZZ"		Victoria Police Report # 14-220

PLAINTIFF'S EXHIBITS ON COMPACT DISC

These discs are being mailed to the clerk's office by U.S. Mail.

Plaintiff's Exhibit "AAA"		Victoria Police Dash Cam Video Recording of Plaintiff in Patrol Car and elsewhere in early stages of DUI arrest. (Mostly inaudible) .on June 19, 2014 on CD #1.

Plaintiff's Exhibit "BBB"		Victoria Police Dash Cam Video Recording of Plaintiff in Patrol Car being trasnported by Chief Cole Dinkel from Ellis County Sheriff's Office to Hays Medical Center, and back to Ellis County Sheriff's office on June 19, 2014 on CD #2.

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF RESPONSE TO MOTION FOR SUMMARY JUDGMENT

I, Lisa Boyd, Plaintiff herein, hereby swear or affirm under penalty of perjury that Plaintiff personally drafted the foregoing Response in its entirety, and the statements of fact made by Plaintiff in her Response to the City's Motion for Summary Judgment herein are true and correct. (28 U.S.C. § 1746; 18 U.S.C.§ 1621.)

Signed: _____

Dated 5-1-17

Plaintiff's Exhibit "A"



Plaintiff's Exhibit "K"     Blue flowers (blue flax) in Plaintiff's yard considered weeds by city



Plaintiff's Exhibit "F"    Photograph of Defendants Dinkel, Mauch, Unrein and and Plaintiff



Plaintiff's Exhibit "E"     Photograph of Yard Sign