Lisa Boyd
807 Kansas Ave.
Walsenburg, CO 81089
(785) 259-9328
lisa.r.boyd@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Lisa Boyd, | ) | Case No. |
| Plaintiff | ) | |
| | ) | 16-4106-SAC-KGS |
| V. | ) | |
| | ) | |
| City of Victoria, Kansas, et al | ) | |
| | ) | |
| Defendants | ) | |

**MOTION FOR EXTENSION OF TIME**

COMES NOW, the Plaintiff, and moves the Court for an order extending Plaintiff's time to respond to the County of Ellis, Kansas Defendants' Motion for Summary Judgment an additional two weeks and until the end of the business day of June 15, 2017. In support of this motion Plaintiff states that she has been unexpectedly summoned to retrieve personal belongings in Kansas by Monday, May 29, 2017 or they may be lost. Plaintiff will be unable to do the necessary legal research to argue her case on the facts as she will be alleging in her response. Plaintiff has talked with Jared Hiatt, the attorney for the Ellis County, Kansas defendants, and he previously stated he would agree to an additional two weeks if needed by the Plaintiff.

WHEREFORE, Plaintiff prays for an order from this Court granting her an extension of time to respond to the City defendant's Motion for Summary Judgement until June 15, 2017.

RESPECTFULLY SUBMITTED,

s/ Lisa Boyd
_____

Lisa Boyd
807 Kansas Ave.
Walsenburg, CO 81089
(785) 259-9328
lisa.r.boyd@gmail.com

CERTIFICATE OF SERVICE

I certify that on this 27thst day of  May, 2017, I send notice of this Motion for Extension of time to the and to County Defendants' Counsel Jared Hiatt at  jthiatt@cml-law.com and to  City Defendants' Counsel Allen Glendenning at  aglenden@wcrf.com

                                                         s/ Lisa Boyd
                                                        _____

                                                        Lisa Boyd
                                                        807 Kansas Ave.
                                                        Walsenburg, CO 81089
                                                        (785) 259-9328
                                                        lisa.r.boyd@gmail.com